

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 8:25-MJ-00388-DUTY |
| | 1:24-CR-000417 |
| KUNAL MEHTA | **DECLARATION RE** |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Indictment
in the _____ District of Columbia on 04/30/2025
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about November 2023 to March 2025
in violation of Title 18 _____ U.S.C., Section(s) 1962(d) and 1956(h)
to wit: RICO conspiracy and Conspiracy to Launder Monetary Instruments

A warrant for defendant's arrest was issued by: Magistrate Judge Moxila A. Upadhyay

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-13-2025
                Date

_____
Signature of Agent

Bradly T Pesek
Print Name of Agent

FBI
Agency

Special Agent
Title